## CARLSON v. STATE. (No. 5963.)

(Court of Criminal Appeals of Texas. June 15, 1921.)

Appeal from Tarrant County Court; Hugh L. Small, Judge.

E. C. Carlson was convicted of selling bread under weight, and appeals. Reversed, and prosecution dismissed.

Moses & Rowe and Burney Braly, all of Fort Worth, for appellant.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

MORROW, P. J. The appellant was prosecuted under chapter 131 of the Acts of the Thirty-Sixth Legislature.

The allegations and proof are, in all respects, like those in another appeal by the same appellant, which we have this day decided. Carlson v. State (No. 5977) 232 S. W. 807. The conclusions therein stated and the reasons given control the disposition of this appeal.

The judgment of the trial court is reversed, and the prosecution ordered dismissed.